IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SARINA ERVIN, )
)
    Plaintiff, )
)
vs. ) Case No. 04 D 1943
)
RAYMOND ERVIN, )
)
    Defendant. )

FILED
JAN 11 2021
Ena Cantayut Weinstein
CIRCUIT CLERK

## ORDER

This matter coming on to be heard upon return of the citations to discover assets served upon Gwendolyn Barlow and the Social Security Administration, counsel for Sarina appearing on her behalf, Gwendolyn Barlow appearing on her own behalf and on behalf of Raymond Ervin and the Court being fully advised;

**IT IS HEREBY ORDERED:**

                                                                                                           in C-306

1. This matter is continued to February 16, 2021 at 10:00 a.m. for hearing on Sarina's citation to discover assets served upon the Social Security Administration. Raymond Ervin is granted 21 days within which to file a response to Sarina's Memorandum of Law in Support of Request for Turnover Order from Social Security Administration (filed on October 9, 2019) and he shall provide a courtesy copy of his response to Sarina's Memorandum to this Court no later than February 5, 2021.

2. Based upon Ms. Barlow's oral request to continue her citation examination, the citation examination of Gwendolyn Barlow shall take place via Zoom on February 12, 2021 at 2:00 p.m. with a certified court reporter to be provided by Sarina's counsel. Sarina's counsel shall provide the Zoom ID and password to Ms. Barlow no less than 48 hours prior to the scheduled citation examination.

                                                                                                   at 5 pm

3. On, or before February 5, 2021, Gwendolyn Barlow shall comply with the rider to the citation to discover assets served upon her as well as all prior orders regarding her document production including, without limitation, the orders entered on February 6, 2019 and April 2, 2019. Ms. Barlow's production shall further include supplements to her prior production to include documents responsive to the rider that were generated between the date of her last production (April, 2019) and February of 2021.

ENTERED:

_____
Judge                                No.

BEERMANN LLP
Attorneys for Petitioner Sarina Ervin
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
(312) 621-9700
jsteele@beermannlaw.com
Atty. No 6308171