## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

SARINA ERVIN, )
) 
          Petitioner, )
)
vs. ) Case No. 04 D 1943
)
RAYMOND ERVIN, )
)
          Respondent. )

FILED
OCT 15 2021
Erin Cartwright Weinstein
CIRCUIT CLERK

### ORDER

This matter coming on to be heard upon return of the rules to show cause issued against Raymond Ervin and Gwendolyn Barlow on September 10, 2021 and presentation of a Motion to Quash Subpoena (to TCF Bank) and Motion to Quash Subpoena (to USAA Bank) filed by Raymond Ervin, counsel for Sarina Ervin appearing via Zoom on her behalf, Raymond Ervin and Gwendolyn Barlow appearing via zoom with their attorney, Terrence J. Goggin of Goggin & Associates, the Court hearing testimony from Raymond Ervin and Gwendolyn Barlow and considering the arguments of counsel and being fully advised; by Zoom

**IT IS HEREBY ORDERED:**

1. Terrence J. Goggin is granted leave to file an amended appearance on behalf of Raymond Ervin and Gwendolyn Barlow.

2. Count III of Sarina's Petition for Rule to Show Cause filed against Gwendolyn Barlow is voluntarily withdrawn.

3. Raymond Ervin is found to be in indirect civil contempt of court for failure to fully comply with the citation to discover assets issued on July 7, 2017 and served upon him and for failure to comply with the order entered on June 21, 2021. Raymond's violations are willful, contumacious, and lacking in compelling cause or justification.

4. Raymond Ervin is sentenced to 30 days of incarceration in the custody of the Lake County Sheriff. Raymond's commitment is stayed until November 19, 2021 at 2:30 p.m. at which time he is ordered to appear in person in Courtroom C-403. His failure to appear shall result in the issuance of a body attachment order.

5. The purge for Raymond's contempt finding is that he shall fully comply with the citation to discover assets issued on July 7, 2017 and served upon him by producing all documents in his possession and control that have not been previously produced to Sarina's counsel either by him, Gwendolyn Barlow, or TCF Bank, with an affidavit of compliance certifying that he has produced all documents in his possession and control responsive to the rider to the citation to discover assets served upon him, through the date of production, tendering a completed answer to the citation to discover assets, excluding paragraph #2 which was properly answered previously, and by payment of $1,200.00 to Sarina's counsel. Raymond's failure to purge the contempt finding entered herein shall result in him being remanded to the custody of the Lake County Sheriff.

6. Gwendolyn Barlow is found to be in indirect civil contempt of court for her failure to fully comply with the citation to discover assets issued on April 13, 2018 and served upon her and for failure to comply with the order entered on June 7, 2019. Gwendolyn's violations are willful, contumacious, and lacking in compelling cause or justification.

7. Gwendolyn Barlow is sentenced to 30 days of incarceration in the custody of the Lake County Sheriff. Gwendolyn's commitment is stayed until November 19, 2021 at 2:30 p.m. at which time she is ordered to appear in person in Courtroom C-403. Her failure to appear shall result in the issuance of a body attachment order.

8. The purge for Gwendolyn's contempt finding is that she shall fully comply with the citation to discover assets issued on April 13, 2018 and served upon her by producing all documents in her possession and control that have not been previously produced to Sarina's counsel either by her or TCF Bank, including the documents specifically requested in the letter from Sarina's counsel dated July 13, 2021 and producing an affidavit of compliance certifying that she has tendered all document in her possession and control that are responsive to the rider to the citation to discover assets served upon her, through the date of production, and by payment of $937.50 to Sarina's counsel. Gwendolyn's failure to purge the contempt finding entered herein shall result in her being remanded to the custody of the Lake County Sheriff.

9. This matter is set for purge status on November 19, 2021 at 2:30 p.m. and status regarding setting the citation examinations of Raymond Ervin and Gwendolyn Barlow. ~~Sarina's counsel shall be permitted to appear for said status by Zoom.~~ in C-403. This court appearance shall be in person for all parties and counsel.

10. Raymond Ervin's Motion to Quash Subpoena (TCF Bank) is voluntarily withdrawn. Raymond Ervin is granted 14 days within which to file a motion seeking the entry of a protective order regarding the documents produced by TCF Bank and any such motion filed will be heard on November 19, 2021 at 2:30 p.m. in C-403. Courtesy copies of said motion shall be emailed to CCA03@lakecountyil.gov by 11/12/2021.

11. Raymond Ervin's Motion to Quash Subpoena (USAA Bank) is granted on the sole basis that the subpoena served upon USAA Bank failed to comply with Local Circuit Court Rule 2-2.10(D). Sarina is permitted to re-issue her subpoena to USAA Bank in compliance with Rule 2-2.10(D).

ENTERED:

The Honorable Judge Patricia Cornell

Prepared by:
BEERMANN LLP
Attorneys for Petitioner, Sarina Ervin
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
(312) 621-9700
Atty. No 6308171
jsteele@beermannlaw.com