Case: 1:21-cv-06064 Document #: 9-1 Filed: 11/22/21 Page 1 of 1 PageID #:1067

 Gmail											**RAYMOND ERVIN <ervinpatentlaw@gmail.com>**

## Motion for Continuance
1 message

**RAYMOND ERVIN** <ervinpatentlaw@gmail.com>											Sun, Nov 21, 2021 at 2:14 PM
To: mdelster@beermannlaw.com
Cc: Gwen Cellphone <barlowervin727@gmail.com>

Mr. Elster,

Please find our Motion for Continuance, which given the exigent nature of the circumstances dictate immediate response. Pursuant thereto, we are respectfully requesting your agreement with the attached motion prior to 12:00 PM CST 22 November 2021. Should the same not be forthcoming as of this timeframe, we shall file noting your nonresponse and seek the grant of said motion.

Regards,
Raymond N. Ervin, Pro se
Gwen B. Ervin, Pro se

📄 **RESPONDENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO REMAND 20 NOV 2021_sant.pdf**
132K