# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:21−cv−06064 |
|  | Honorable Gary Feinerman |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 23, 2021:

    MINUTE entry before the Honorable Gary Feinerman. The Clerk is directed to re−style the caption to indicate that Sarina Ervin is Petitioner, Raymond Ervin is Respondent, and Gwendolyn Barlow is Third−Party Respondent. Respondents' motion for extension of time to file response to Petitioner's motion to remand [9] is granted in part and denied in part. The deadline for Respondent Raymond Ervin and Third−Party Respondent Gwendolyn Barlow to respond to the motion to remand is extended to 11/29/2021; Petitioner shall reply by 12/3/2021 at 4:00 pm Central Time. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.