| DATE | COURT/PETITIONER ACTION | STATUTORY VIOLATION | EVIDENCE |
|---|---|---|---|
| 10/28/2016 | Case assigned to Small Claims Division even though Petitioner's citations state an amount in excess of $720,000 | Supreme Court Rule (SCR) 281 | All hearings before Small Claims Judges |
| 10/28/2016 | Citations filed with two vacated orders | 735 ILCS 5/2-1402, SCR 277, 735 ILCS 5/12-1001, FRCP 69 | Dkt 1, Ex 25, 31, Dkt 11, Ex 8 |
| 12/27/2016 | Petitioner filed a 50+page motion that included a roster with photos of "Deadbeat Dads" even though Raymond was not included and made defamatory commentary that Raymond should have received "honorable mention" - Court refused to admonish counsel and such inflammatory commentary served to further bias the Court as it rendered its opinions | Rule 61, 62, 63 of the Code of Judicial Conduct | Dkt 1, Ex 31 (p.9) |
| 2/10/2017 | After order to quash, Petitioner filed defective citations (no certification, affidavit for successive citations, order previously quashed); "...that the existence of the property, income or indebtedness was not known to the judgment creditor during the pendency of any prior supplementary proceeding." Thus they would have had to show "new" assets, but failed to do so as required by SCR 277. | 5/2-1402, SCR 277, FRCP 69 | Dkt 1, Ex 24, 29, 31 |
| 3/15/2017 | Court issued three turnover orders, on defective citations, for exempt life insurance policies without Raymond's knowledge, consent or evidentiary hearing | 5/2-1402, SCR 277, 735 ILCS 5/12-1001, FRCP 69 | Dkt 11, Ex 9 |
| 7/7/2017 | Petitioner filed yet another citation with a quashed order | 5/2-1402, SCR 277, FRCP 69 | Dkt 1, Ex 23 |
| 10/26/2017 | Court held proceedings without a motion to extend citation proceeding - pursuant to statute, proceedings automatically terminate after 6 months | SCR 277, FRCP 69 | Not contained in record |
| 3/6/2018 | Court issues Body attachment against Raymond without process | 735 ILCS 5/12-107.5, Due Process (14th Amendment) | Dkt 1, Ex 43, |
| 4/13/2018 | Petitioner filed a citation against Gwendolyn without certification, no enforceable judgment, etc. | 5/2-1402, SCR 277, FRCP 69 | Dkt 1, Ex 26 |
| 3/6/2019 | Court issues Body attachment against Raymond without process | 735 ILCS 5/12-107.5, Due Process (14th Amendment) | Dkt 11, Ex 7 |
| 1/28/2020 | Court issues Body attachment against Gwendolyn without process (lack of rule to show cause hearing) | 735 ILCS 5/12-107.5, Due Process (14th Amendment) | Dkt 11, Ex 15 |
| 3/6/2020 | Court issues Body attachment against Raymond without process | 735 ILCS 5/12-107.5, Due Process (14th Amendment) | Dkt 11, Ex 10 |

| Date | Description | Rule/Statute | Reference |
|---|---|---|---|
| 7/29/2020 | Court determined that the "...law of the case that the Canadian judgment was properly registered in Illinois" was controlling and refused to consider any of the evidence submitted by Respondents and went so far as to call Gwendolyn a liar regarding the Supreme Court Mandate even though the mandate order was in the record. The Court wrote his opinion before the hearings had concluded and awarded sanctions based on the implicit bias. | Rule 61, 62, 63 of the Code of Judicial Conduct | Dkt 11, Ex. 3-6, 11-13 |
| 2/16/2021 | Court grants Rule to Show Cause against Gwendolyn with a "Verified Petition" although filed as such, but was not verified | 735 ILCS 5/1-109 | Dkt 11, Ex 22 (p.20) |
| 4/23/2021 | Court denies proof of service by Raymond where Petitioner's counsel refused to accept service of process and failed to appear | Local Rule 3-1.02, SCR 11(b), 12(b)(1), and 19, 735 ILCS 5/2-1301(d) | Dkt 1, Ex 51, 27 |
| 5/13/2021 | Court permits and grants Petitioner's Affidavit of Fees even though it was late per previous court orders (and contrary to transcript); Court questioned Raymond's veracity because he stated his objections to swearing to tell the truth based on his religion as well her doubt of the integrity of the note from his Dentist regarding the dental procedure as the basis for a continuance. | Rule 61, 62, 63 of the Code of Judicial Conduct | Dkt 1, Ex 21, 22, 35 (p.18, lines 10-13, p. 9-10, p.22, lines 9-14), 36 (p. 7-18) |
| 6/18/2021 | Upon filing a Motion to Respond to Petitioner's Affidavit for Attorney's Fees; the court denied the motion even though we are entitled to respond to any award of attorney's fees and thus an abuse of discretion not to allow us to challenge the Affidavit or question the amount and appropriateness of the attorney's fees requested. | Rule 61, 62, 63 of the Code of Judicial Conduct | Dkt 1, Ex 36 (p. 7-18), 22 |
| 7/23/2021 | Court permits Petitioner's counsel to present Raymond's Motion for Hearing even though Raymond had set it for presentation only | Local Rule 2-1.01 (e) | Dkt 1, Ex 37 |
| 8/16/2021 | Court issued Rule to Show Cause orders against Raymond and Gwendolyn even though no Petition for Rule to Show Cause had been been filed | Local Rule 3-2.04 | Dkt 1, Ex 11, 54 |
| 10/15/2021 | The Motion to Quash the subpoena to USAA was only granted because it didn't comply with Local Rule 2-2.10D. The Court refused to address the other grounds that were raised, particularly the issue regarding the Identity Protection Act and the fact that Petitioner's counsel revealed our highly sensitive data in the subpoena, given that she had earlier denied our Motion for a Protective Order. | 5 ILCS 179/10(a)(4). | Dkt 1, Ex 17, 49, 50, 39, 21, 35, Dkt 11, Ex 18 |

| | | | |
|---|---|---|---|
| 10/15/2021 | Court permitted Petitioner's counsel to use evidence obtained by defective subpoena and evidence that no one had seen except Petitioner in Rule to Show Cause hearing upon which the Court issued criminal contempt citation for fines and 30 days jail confinement for Raymond and Gwendolyn | 5 ILCS 179/10 (a)(4), Local Rule 2-2.10, SCR 204(b), 42 USC § 408(a)(8), IL Rules of Evidence 415, 5th, 14th Constitutional amendments | Dkt 1, Ex. 39, 49, 50, 17 |
| 11/10/2021 | Court issued another order continuing the criminal contempt without protection of criminal procedural process. | 5th, 14th Constitutional amendments | Dkt 1, Ex 18, 19, Dkt 11, Ex 23 |