IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

Raymond Nathaniel Ervin

- vs. -

FILED NOV 24 1999

Case No. 99 OP 1511

Sarwin Antonia Spinella Ervin

ORDER REGARDING
PETITION FOR ORDER OF PROTECTION

☒ Emergency  ☐ Interim  ☐ Plenary

This matter having come before the Court on the Petition for an (Emergency) ~~(Interim)~~ ~~(Plenary)~~ Order of Protection, and the Petitioner appearing (pro-se) ~~(with counsel)~~, and the Respondent (not present) ~~(appearing pro-se)~~ ~~(appearing with counsel)~~, and the Court having heard testimony and considered the evidence, finds as follows:

☐ that Respondent is not a "family or household member" as defined in the IDVA.

☒ that for the emergency relief sought, there is no immediate and present danger of abuse and therefore prior notice is required.

☒ that for the emergency relief sought, it has not been shown that the harm sought to be prevented would likely occur if the respondent were given prior or greater notice of Petitioner's efforts to obtain judicial relief.

☐ that the Court lacks jurisdiction over the Respondent.

☐ that Petitioner has not presented credible evidence to meet the burden of proof required by the IDVA.

☐ that Petitioner has not satisfied the statutory requirements for a single remedy.

☐ that it is unlikely, based on the evidence presented to this Court, that the Respondent will cause irreparable harm or abuse.

☐ that it is not necessary to grant the requested relief in order to protect the Petitioner or other alleged abused persons.

☒ Other: THAT THE RESPONDENT HAS CUSTODY OF THE MINOR CHILDREN PURSUANT TO AN ORDER ENTERED BY THE ONTARIO COURT (CANADA) ON NOV 2, 1998 IN OTTAWA, ONTARIO (CASE NO. 57492/98

IT IS THEREFORE ORDERED:

☒ that the request for emergency relief be denied, and
  ☐ the cause be dismissed, or
  ☒ the Petition is set for further hearing provided proper notice is given.
    Hearing Date: Friday, Dec 3, 1999 AT 9:00 A.M.
    Courtroom: C-221, Babcox Center, 25 S. Utica, Waukegan, IL.
☐ that the request for an Order of Protection is denied, and the cause dismissed.
☐ that pursuant to Petitioner's request, the cause is non-suited.
☐ that Petitioner has failed to appear for hearing, and the cause is dismissed for want of prosecution.
☒ that, Respondent is to provide notice to respondent of said hearing together with a copy of his petition

Dated at Waukegan, Illinois this 24th day of NOV 19 99.

ENTER: [signature]
JUDGE

Order Prepared By: _____

171-172 5/1

FROM : LAKE CO. PUBLIC DEFENDER-JUU.    PHONE NO. : 847 634 3653    Dec. 28 1999 12:13PM P2

PETITION: 5 of 5 Pages

- [ ] 7.
  - [ ] a. Respondent be awarded visitation rights on the following dates and times or under the following conditions or parameters: *[No order shall merely refer to the term "reasonable visitation"]*
  
  - [ ] b. Respondent's visitation be restricted as follows:
  
  - [ ] c. Respondent's visitation be denied.
- [x] 8. Respondent be prohibited from removing the minor child/ren from Illinois or concealing them within Illinois.
- [ ] 9. Respondent be ordered to appear in this Court with/without the child/ren on a date certain.
- [ ] 10. Petitioner be granted exclusive temporary possession of the following personal property and the Respondent be ordered to deliver to Petitioner said property that is in Respondent's possession or control, to wit:
- [ ] 11. Respondent be ordered not to take, encumber, conceal, damage or otherwise dispose of any of the following real or personal property, to wit:
- [ ] 12. Respondent be ordered to pay temporary support for Petitioner and/or the minor child/ren of the parties as follows: $_____ per _____, starting _____ payable ☐ through the Clerk of the Circuit Court, or ☐ directly to Petitioner. *[Not available in Emergency Order]*
- [ ] 13. Respondent be ordered to pay $_____ respecting losses and expenses within the scope of sec. 214(b)(13) of the IDVA to _____ on or before _____. *[Not available in Emergency Order]*
- [ ] 14. Respondent be prohibited from entering or remaining at the household or residence located at _____ while under the influence of alcohol or drugs and so constituting a threat to the safety and well-being of any Protected Person.
- [x] 15. Respondent be denied access to school or any other records of the minor child/ren and prohibited from inspecting, obtaining, or attempting to inspect or obtain such records.
- [ ] 16. Respondent be ordered to pay $_____ to the following shelter _____ on or before _____. *[Not available in Emergency Order]*
- [ ] 17. Respondent be further enjoined as follows:

_____  _____
Signature of Attorney for State's Attorney   Signature of Petitioner

UNDER THE PENALTIES OF PERJURY AND AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENTS SET FORTH IN THIS INSTRUMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND AS TO SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT THE UNDERSIGNED VERILY BELIEVES THE SAME TO BE TRUE.

_____
Signature of Petitioner

Attorney (or Pro Se Petitioner) Name: RAYMOND NATHANIEL ERVIN (PRO SE)
Address: 331 SPRINGSIDE LANE
City: BUFFALO GROVE, IL 60089
Phone: 847 279 0675
Attorney #: _____
Service by Facsimile ☐ will be accepted ☐ will not be accepted.
Facsimile Number _____
(Must be included if service by facsimile is accepted)

CASE NO. _____

WHITE - CIRCUIT CLERK    CANARY - RESPONDENT    PINK - PETITIONER

171-37E Rev. 1/93