

**ILLINOIS DEPARTMENT OF**
**Healthcare and**
**Family Services**

**JB Pritzker,** Governor
Theresa Eagleson, Director

201 South Grand Avenue East
Springfield, Illinois 62763-0002

**Telephone:** (217) 782-1200
**TTY:** (800) 526-5812

January 29, 2021

Gwen Ervin
bar1owervin727@gmail.com

RE: FOIA #21-031 Ervin

Dear Gwen Ervin:

Thank you for writing to the Illinois Department of Healthcare and Family Services with your request for information pursuant to the Illinois Freedom of Information Act (FOIA), 5 ILCS 140/1 et seq.

Our Office received your FOIA request on January 27, 2021 for the following information:

**Pursuant to 5 ILCS 140, I would like to request information regarding the practice of the use of private attorneys by IDHFS for HFS child support enforcement. In other words, does IDHFS use private attorneys for HFS child support enforcement in Illinois.**

The Department has no records responsive to your request.

To the extent you view this as a denial of your FOIA request, you have the right to submit a request for review by the Public Access Counselor (the "PAC") in the Office of the Illinois Attorney General to:

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706
Fax: 217-782-1396
E-mail: publicaccess@atg.state.il.us

If you choose to submit a request for review to the PAC, you must do so within 60 days after the date of this letter. Your request for review must be in writing, signed by you, and include a copy of your FOIA request and this response. 5 ILCS 140/9.5(a). You also have the right to seek judicial review of this response. *See* 5 ILCS 140/11(a),(b).

Sincerely,

//S//

Kiran Mehta
Freedom of Information Officer

**E-mail:** hfs.webmaster@illinois.gov**Internet:** http://www.hfs.illinois.gov/