

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                                  312-435-5670
Clerk

Date 12/17/2021

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL 60602

Re: Ervin v. Ervin et al
USDC Case Number: 1:21-cv-06064
Circuit Court Case Number: 04D1943

Dear Clerk:

A certified copy of an order entered on 12/16/2021 by the Honorable Sarina Antonina Ervin, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                                                 Sincerely yours,
                                                                 Thomas G. Bruton, Clerk

                                                                 By: /s/ Roberto Cornejo
                                                                      Deputy Clerk

Enclosure(s)

Rev. 10/05/2016