IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sarina Ervin,<br>Petitioner,<br><br>v.<br><br>Raymond Ervin,<br>Respondent,<br><br>and<br><br>Gwendolyn Barlow,<br>Third Party Respondent. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:21-cv-06064<br>) **NOTICE OF APPEAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Respondents Raymond Ervin and Gwendolyn Barlow in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order granting Petitioner's Motion to Remand pursuant to 28 U.S.C. §1443, entered in this action on the 16th day of December 2021.

DATED: December 27, 2021

By: s/Raymond N. Ervin
s/Gwendolyn M. Barlow

Raymond N. Ervin, Pro Se
Gwendolyn M. Barlow, Pro Se
331 Springside Lane
Buffalo Grove, IL 60089
(847) 404-4375
ervinpatentlaw@gmail.com
(847) 204-0416
 barlowervin727@gmail.com

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing NOTICE OF APPEAL, was e-filed through ECF and electronically served on December 27, 2021, to:

      Matthew Elster
      161 North Clark Street, Suite 3000
      Chicago, IL 60601
      mdelster@beermannlaw.com
      *Attorney for Petitioner*


DATED: December 27, 2021