IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sarina Ervin, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:21-cv-06064 |
| Raymond Ervin, | ) | Judge Gary Feinerman, Presiding |
| Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Gwendolyn Barlow, | ) | |
| Third Party Respondent. | ) | |

## **RESPONDENTS' REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEES**

Respondents, Raymond Ervin ("Raymond") and Gwendolyn Barlow ("Gwendolyn") hereby file a REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEES.

1. Receipt No. 0752-19001752 was a duplicate payment.

2. Receipt No. 0752-19001760 was the proper receipt with a Notice of Appeal for case number 21-cv-6064 with the appropriate filing fee.

3. Please refund the filing fee for Receipt No. 0752-19001752. Thank you for your assistance.

DATED: December 28, 2021

By:    s/Raymond N. Ervin    s/Gwendolyn M. Barlow

Raymond N. Ervin, Pro Se
Gwendolyn M. Barlow, Pro Se
331 Springside Lane
Buffalo Grove, IL 60089
(847) 404-4375
ervinpatentlaw@gmail.com
(847) 204-0416
 barlowervin727@gmail.com