IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sarina Ervin, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:21-cv-06064 |
| Raymond Ervin, | ) | **NOTICE OF APPEAL** |
| Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Gwendolyn Barlow, | ) | |
| Third Party Respondent. | ) | |

<u>**NOTICE OF APPEAL**</u>

**NOTICE IS HEREBY GIVEN** that Respondents Raymond Ervin and Gwendolyn

Barlow in the above-named case, hereby appeal to the United States Court of Appeals for the

Seventh Circuit from the order granting Petitioner's Motion to Remand pursuant to 28 U.S.C.

§1443, entered in this action on the 16th day of December 2021.


DATED: December 27, 2021


By:    s/<u>Raymond N. Ervin</u>
       s/<u>Gwendolyn M. Barlow</u>

Raymond N. Ervin, Pro Se
Gwendolyn M. Barlow, Pro Se
331 Springside Lane
Buffalo Grove, IL 60089
(847) 404-4375
ervinpatentlaw@gmail.com
(847) 204-0416
 barlowervin727@gmail.com

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing NOTICE OF APPEAL, was e-filed through ECF and electronically served on December 27, 2021, to:

Matthew Elster
161 North Clark Street, Suite 3000
Chicago, IL  60601
mdelster@beermannlaw.com
*Attorney for Petitioner*

DATED: December 27, 2021

**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**
**United States Courthouse**
**219 South Dearborn Street**
**Chicago, Illinois**

**DOCKETING STATEMENT**

**7CCA Docket No. 21-6064**

**Type of Action:**      **Civil**

Sarina Ervin,                                    )
                                                 )
          Petitioner-Appellee,                   )
                                                 )
     v.                                          )          Civil Action No. : 1:21-cv-06064
                                                 )
Raymond N. Ervin,                                )          Judge Gary Feinerman
                                                 )
          Respondent-Appellant                   )          Northern District IL/Eastern
                                                 )          Division
          and                                    )
                                                 )
Gwendolyn Barlow,                                )
          Third Party Respondent                 **)**

**Statute or other authority establishing jurisdiction in the:**

District Court:      28 U.S.C. § 1441;
Court of Appeals:    28 U.S.C. § 1291, 28 U.S.C. § 1443

**Timeliness of Appeal:**

1.      Date of entry of judgment or order appealed from:      12/16/21
2.      Date notice of appeal filed:      12/27/21

**Is the order or judgment appealed from a final decision on the merits?**      Yes

**Based on your present knowledge:**
**Will this appeal involve a question of first impression?**   No

**If yes, please explain briefly:**

**Is any related case or cases raising related issues pending in this Court, any district court of this circuit, or the Supreme Court?**      No

**State the nature of the suit, the relief sought, and the outcome below.**

This is an action brought under 28 U.S.C § 1441 pursuant to 28 U.S.C §§ 1443, 1446(b)(3), and 42 U.S.C § 1983, in an action to remove the matter from the Circuit Court of Lake County, IL. The District Court granted Petitioner's motion to remand ruling that Respondents did not satisfy the objective and reasonable analysis as the basis of the removal due to untimely filing of Notice of Removal and bar of Mack Order. Respondents filed a Motion to Reopen the Case pursuant to FRCP 60 (b). The District Court denied Respondent's motion stating that there were no grounds for correcting the order. Respondents are seeking to have the Order remanding the matter vacated and the removal granted.

**Issues to be raised on appeal.**

Whether the District Court erred when finding that Respondent's Notice of Removal was untimely and that there was no exception to the Mack Order?

Whether the Mootness Doctrine bars Petitioner's claims for Remand?

Whether the actions of the State Court deprived Respondents of their Civil Rights?

**Is settlement being discussed?** No

**Is disposition on motions, memoranda, or abbreviated briefing schedule appropriate?** No, an abbreviated briefing schedule would be a disservice to Respondents.

**Is oral argument necessary?** No

**Were there any in-court proceedings below?** Yes

**Is a transcript necessary for this appeal?** Yes

**If yes, is transcript already on file with the District Court?** No, but it will be ordered.

**List each adverse party to the appeal?** If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

> Matthew Elster
> Beermann Law
> 161 North Clark Street
> Suite 3000
> Chicago, Illinois 60601

**List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel.** Attach additional page if necessary.

Appellant name: Raymond N. Ervin and Gwendolyn Barlow
Attorney:        Raymond N. Ervin, Pro Se and Gwendolyn Barlow, Pro Se
                 331 Springside Lane
                 Buffalo Grove, Illinois 60089
                 Ph:     (847) 404-4375/(847) 204-0416

**Will you be handling the appeal?** (In criminal cases counsel below will handle the appeal unless relieved by this court.)   Yes

FRAP 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. Any counsel, other than the attorney filing this form, who filed a notice of appeal must provide the requisite statement to be attached to this form.


Signature: /s/ Raymond N. Ervin
                 /s/ Gwendolyn Barlow

Date: December 27, 2021

ATTACHED:
COPY OF THE ORDER OR JUDGMENT FROM WHICH THE APPEAL IS TAKEN.
COPY OF THE ORDER DENYING THE MOTION TO REOPEN THE CASE
CERTIFICATE OF SERVICE FOR THIS DOCKETING STATEMENT.

**CERTIFICATE OR SERVICE**

We hereby certify that on the date set forth below, this Docketing Statement was e-filed through ECF and served on counsel of record.


Dated: December 27, 2021

By:      s/Raymond N. Ervin
         s/Gwendolyn M. Barlow

Raymond N. Ervin, Pro Se
Gwendolyn M. Barlow, Pro Se
331 Springside Lane
Buffalo Grove, IL 60089
(847) 404-4375
ervinpatentlaw@gmail.com
(847) 204-0416
 barlowervin727@gmail.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SARINA ERVIN, | ) | |
| | ) | |
| Petitioner, | ) | 21 C 6064 |
| | ) | |
| vs. | ) | Judge Gary Feinerman |
| | ) | |
| RAYMOND ERVIN, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| GWENDOLYN BARLOW, | ) | |
| | ) | |
| Third-Party Respondent. | ) | |

### ORDER

For the reasons set forth below, Petitioner's motion to remand [6] is granted. This matter is remanded to the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois. The Clerk is directed to effectuate the remand forthwith. Petitioner's request for fees and costs under 28 U.S.C. § 1447(c) is granted. By 1/6/2022, Petitioner shall file a memorandum, with evidentiary support, setting forth the fees and costs she incurred in seeking remand. Respondent and Third-Party Respondent shall respond to Petitioner's memorandum by 1/20/2022; Petitioner shall reply by 1/27/2022. The 12/17/2021 status hearing [14] is stricken. A hearing on the amount of the § 1447(c) award is set for 2/8/2022 at 9:30 a.m. Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (877) 336-1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Civil case remanded.

### STATEMENT

The background of this matter is set forth in *Ervin v. Ervin*, 849 F. App'x 168 (7th Cir. 2021) (*Ervin II*), and *Ervin v. Ervin*, 571 F. App'x 464 (7th Cir. 2014) (*Ervin I*). Familiarity with those opinions is assumed. Raymond Ervin, this time joined by Gwendolyn Barlow, has once again removed this suit to federal court. Doc. 1. Sarina Ervin moves to remand, Doc. 6, and her motion is granted. There are many grounds for remand, but only two need be discussed.

First, Raymond is subject to a *Mack* order that bars him from filing any paper in any federal court in the Seventh Circuit unless and until he pays Sarina the $7,800 assessed by the Seventh Circuit in *Ervin II*. Doc. 7-3. Raymond does not acknowledge the *Mack* order, let alone

1

assert that he has paid Sarina $7,800. Doc. 11. Accordingly, Raymond was not entitled to remove this matter, which of course involves filing a paper in this court. And by failing to address the *Mack* order, Raymond forfeited any argument he might have had that it did not bar him from attempting a removal.

Second, the removal was untimely under 28 U.S.C. § 1446(b). At the very latest, the removal clock started on June 21, 2021, when the state trial court issued an order requiring Raymond and Barlow to produce documents pursuant to previously issued citations to discover assets, Doc. 7-4, or, at the very, *very* latest, on July 30, 2021, when the state trial court issued a rule to show cause, Doc. 7-5, that, when they failed to comply, resulted in the contempt order sentencing them to 30 days in the Lake County Jail, with the opportunity to purge, Doc. 7-7. (The clock almost certainly started before July 2021, *see Ervin v. Ervin*, No. 20 C 6006 (N.D. Ill.), ECF No. 14 (Nov. 17, 2020), but there is no reason to run that question to ground.) Even if the clock had started on July 30, 2021, Raymond and Barlow's notice of removal, filed on November 15, 2021, fell far outside the 30-day window allowed by § 1446(b). *See Ervin II*, 849 F. App'x at 169 ("[E]ven if Raymond sought to remove only the 2019 citation issued to the Social Security Administration, he filed his notice of removal far beyond the third-day window, *see* § 1446 … .").

Sarina seeks attorney fees and costs under 28 U.S.C. § 1447(c), which allows for a fee and cost award "where the removing party lacked an objectively reasonable basis for seeking removal." *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005). Raymond's removal was objectively unreasonable for both of the reasons set forth above, and Barlow's was objectively unreasonable for the second reason. It is beyond dispute that they removed this suit simply to continue their efforts to avoid having to produce documents in the state court action and, if they failed to do so, serving 30 days in jail for contempt. If, as the Seventh Circuit held, a § 1447(c) award was warranted in *Ervin II*, it surely is warranted here.

December 16, 2021

_____
                    United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sarina Antonina Ervin

　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:21−cv−06064
　　　　　　　　　　　　　　　　　　　Honorable Gary Feinerman


　　　　　　　　　　　　Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 20, 2021:


　　　　MINUTE entry before the Honorable Gary Feinerman: Respondent and
Third−Party Respondent's motion to reopen [16] is denied. The motion provides no valid
grounds for questioning the correctness of the 12/16/2021 order [15].(ca, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
### United States Courthouse
### 219 South Dearborn Street
### Chicago, Illinois

## DOCKETING STATEMENT

### 7CCA Docket No. 21-6064

### Type of Action:     Civil

| | | |
|---|---|---|
| Sarina Ervin, | ) | |
| | ) | |
| Petitioner-Appellee, | ) | |
| | ) | |
| v. | ) | Civil Action No. : 1:21-cv-06064 |
| | ) | |
| Raymond N. Ervin, | ) | Judge Gary Feinerman |
| | ) | |
| Respondent-Appellant | ) | Northern District IL/Eastern |
| | ) | Division |
| and | ) | |
| | ) | |
| Gwendolyn Barlow, | ) | |
| Third Party Respondent | **)** | |

**Statute or other authority establishing jurisdiction in the:**

          District Court:      <u>28 U.S.C. § 1441;</u>
          Court of Appeals:    <u>28 U.S.C. § 1291, 28 U.S.C. § 1443</u>

**Timeliness of Appeal:**

    1.     Date of entry of judgment or order appealed from:    <u>12/16/21</u>
    2.     Date notice of appeal filed:    <u>12/27/21</u>

**Is the order or judgment appealed from a final decision on the merits?**    Yes

**Based on your present knowledge:**
**Will this appeal involve a question of first impression?**  No

**If yes, please explain briefly:**

**Is any related case or cases raising related issues pending in this Court, any district court of this circuit, or the Supreme Court?**    No

**State the nature of the suit, the relief sought, and the outcome below.**

This is an action brought under 28 U.S.C § 1441 pursuant to 28 U.S.C §§ 1443, 1446(b)(3), and 42 U.S.C § 1983, in an action to remove the matter from the Circuit Court of Lake County, IL. The District Court granted Petitioner's motion to remand ruling that Respondents did not satisfy the objective and reasonable analysis as the basis of the removal due to untimely filing of Notice of Removal and bar of Mack Order. Respondents filed a Motion to Reopen the Case pursuant to FRCP 60 (b). The District Court denied Respondent's motion stating that there were no grounds for correcting the order. Respondents are seeking to have the Order remanding the matter vacated and the removal granted.

**Issues to be raised on appeal.**

Whether the District Court erred when finding that Respondent's Notice of Removal was untimely and that there was no exception to the Mack Order?

Whether the Mootness Doctrine bars Petitioner's claims for Remand?

Whether the actions of the State Court deprived Respondents of their Civil Rights?

**Is settlement being discussed?** No

**Is disposition on motions, memoranda, or abbreviated briefing schedule appropriate?** No, an abbreviated briefing schedule would be a disservice to Respondents.

**Is oral argument necessary?** No

**Were there any in-court proceedings below?** Yes

**Is a transcript necessary for this appeal?** Yes

**If yes, is transcript already on file with the District Court?** No, but it will be ordered.

**List each adverse party to the appeal?** If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    Matthew Elster
    Beermann Law
    161 North Clark Street
    Suite 3000
    Chicago, Illinois  60601

**List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel.** Attach additional page if necessary.

Appellant name: Raymond N. Ervin and Gwendolyn Barlow
Attorney:      Raymond N. Ervin, Pro Se and Gwendolyn Barlow, Pro Se
              331 Springside Lane
              Buffalo Grove, Illinois 60089
              Ph:    (847) 404-4375/(847) 204-0416

**Will you be handling the appeal?** (In criminal cases counsel below will handle the appeal unless relieved by this court.)   Yes

FRAP 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. Any counsel, other than the attorney filing this form, who filed a notice of appeal must provide the requisite statement to be attached to this form.


Signature: /s/ Raymond N. Ervin
            /s/ Gwendolyn Barlow

Date: December 27, 2021

ATTACHED:
COPY OF THE ORDER OR JUDGMENT FROM WHICH THE APPEAL IS TAKEN.
COPY OF THE ORDER DENYING THE MOTION TO REOPEN THE CASE
CERTIFICATE OF SERVICE FOR THIS DOCKETING STATEMENT.

## <u>CERTIFICATE OR SERVICE</u>

We hereby certify that on the date set forth below, this Docketing Statement was e-filed through ECF and served on counsel of record.

Dated: December 27, 2021

By:    s/<u>Raymond N. Ervin</u>
        s/<u>Gwendolyn M. Barlow</u>

Raymond N. Ervin, Pro Se
Gwendolyn M. Barlow, Pro Se
331 Springside Lane
Buffalo Grove, IL 60089
(847) 404-4375
ervinpatentlaw@gmail.com
(847) 204-0416
 barlowervin727@gmail.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SARINA ERVIN, | ) | |
| | ) | |
| Petitioner, | ) | 21 C 6064 |
| | ) | |
| vs. | ) | Judge Gary Feinerman |
| | ) | |
| RAYMOND ERVIN, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| GWENDOLYN BARLOW, | ) | |
| | ) | |
| Third-Party Respondent. | ) | |

## ORDER

For the reasons set forth below, Petitioner's motion to remand [6] is granted. This matter is remanded to the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois. The Clerk is directed to effectuate the remand forthwith. Petitioner's request for fees and costs under 28 U.S.C. § 1447(c) is granted. By 1/6/2022, Petitioner shall file a memorandum, with evidentiary support, setting forth the fees and costs she incurred in seeking remand. Respondent and Third-Party Respondent shall respond to Petitioner's memorandum by 1/20/2022; Petitioner shall reply by 1/27/2022. The 12/17/2021 status hearing [14] is stricken. A hearing on the amount of the § 1447(c) award is set for 2/8/2022 at 9:30 a.m. Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (877) 336-1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Civil case remanded.

## STATEMENT

The background of this matter is set forth in *Ervin v. Ervin*, 849 F. App'x 168 (7th Cir. 2021) (*Ervin II*), and *Ervin v. Ervin*, 571 F. App'x 464 (7th Cir. 2014) (*Ervin I*). Familiarity with those opinions is assumed. Raymond Ervin, this time joined by Gwendolyn Barlow, has once again removed this suit to federal court. Doc. 1. Sarina Ervin moves to remand, Doc. 6, and her motion is granted. There are many grounds for remand, but only two need be discussed.

First, Raymond is subject to a *Mack* order that bars him from filing any paper in any federal court in the Seventh Circuit unless and until he pays Sarina the $7,800 assessed by the Seventh Circuit in *Ervin II*. Doc. 7-3. Raymond does not acknowledge the *Mack* order, let alone

assert that he has paid Sarina $7,800. Doc. 11. Accordingly, Raymond was not entitled to remove this matter, which of course involves filing a paper in this court. And by failing to address the *Mack* order, Raymond forfeited any argument he might have had that it did not bar him from attempting a removal.

Second, the removal was untimely under 28 U.S.C. § 1446(b). At the very latest, the removal clock started on June 21, 2021, when the state trial court issued an order requiring Raymond and Barlow to produce documents pursuant to previously issued citations to discover assets, Doc. 7-4, or, at the very, *very* latest, on July 30, 2021, when the state trial court issued a rule to show cause, Doc. 7-5, that, when they failed to comply, resulted in the contempt order sentencing them to 30 days in the Lake County Jail, with the opportunity to purge, Doc. 7-7. (The clock almost certainly started before July 2021, *see Ervin v. Ervin*, No. 20 C 6006 (N.D. Ill.), ECF No. 14 (Nov. 17, 2020), but there is no reason to run that question to ground.) Even if the clock had started on July 30, 2021, Raymond and Barlow's notice of removal, filed on November 15, 2021, fell far outside the 30-day window allowed by § 1446(b). *See Ervin II*, 849 F. App'x at 169 ("[E]ven if Raymond sought to remove only the 2019 citation issued to the Social Security Administration, he filed his notice of removal far beyond the third-day window, *see* § 1446 … .").

Sarina seeks attorney fees and costs under 28 U.S.C. § 1447(c), which allows for a fee and cost award "where the removing party lacked an objectively reasonable basis for seeking removal." *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005). Raymond's removal was objectively unreasonable for both of the reasons set forth above, and Barlow's was objectively unreasonable for the second reason. It is beyond dispute that they removed this suit simply to continue their efforts to avoid having to produce documents in the state court action and, if they failed to do so, serving 30 days in jail for contempt. If, as the Seventh Circuit held, a § 1447(c) award was warranted in *Ervin II*, it surely is warranted here.

December 16, 2021

_____
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sarina Antonina Ervin

Plaintiff,

v.

Case No.: 1:21−cv−06064
Honorable Gary Feinerman

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 20, 2021:

MINUTE entry before the Honorable Gary Feinerman: Respondent and Third−Party Respondent's motion to reopen [16] is denied. The motion provides no valid grounds for questioning the correctness of the 12/16/2021 order [15].(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

APPEAL,JANTZ,REMAND,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:21-cv-06064
# Internal Use Only

| | |
|---|---|
| Ervin v. Ervin et al | Date Filed: 11/12/2021 |
| Assigned to: Honorable Gary Feinerman | Date Terminated: 12/16/2021 |
| Case in other court: Nineteenth Judicial Circuit of Lake County IL, 04D1943 | Jury Demand: None |
| | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1331 Federal Question | Jurisdiction: Federal Question |

**Petitioner**

**Sarina Antonina Ervin**      represented by     **Matthew David Elster**
Beermann LLP
161 N Clark Street
Suite 3000
Chicago, IL 60601
(312) 621-1232
Email: mdelster@beermannlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Gwendolyn N Barlow**      represented by     **Gwendolyn N Barlow**
*Third-Party*
331 Springside Lane
Buffalo Grove, IL 60089
8472040416
Email: barlowervin727@gmail.com
PRO SE

**Gwendolyn Marie Barlow**
Law Office of G.M. Barlow
P.O. Box 5829
Buffalo Grove, IL 60089-5829
(847)204-0416
Email: barlowervin727@gmail.com
*ATTORNEY TO BE NOTICED*

**Respondent**

**Raymond N Ervin**      represented by     **Gwendolyn Marie Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 11/15/2021 | 1 | ☐ 49.18MB | NOTICE of Removal from Nineteenth Judicial Circuit Court of Lake County, case number (04D1943) Filing fee $ 402, receipt number 0752-18872904. (Attachments: # 1 Exhibit Court Order, # 2 Exhibit Court Order, # 3 Exhibit Court Order, # 4 Exhibit Court Order, # 5 Exhibit Court Order, # 6 Exhibit Court Order, # 7 Exhibit Court Order, # 8 Exhibit Court Order, # 9 Exhibit Court Order, # 10 Exhibit Court Order, # 11 Exhibit Motion, # 12 Exhibit Court Order, # 13 Exhibit Petition, # 14 Exhibit Petition, # 15 Exhibit Court Order, # 16 Exhibit Court Order, # 17 Exhibit Court Order, # 18 Exhibit Court Order (Ex A and Ex B), # 19 Exhibit Court Order (Ex A and Ex B), # 20 Exhibit Court Order, # 21 Exhibit Court Order, # 22 Exhibit Court Order, # 23 Exhibit Citation, # 24 Exhibit Citation, # 25 Exhibit Citation, # 26 Exhibit Citation, # 27 Exhibit Transcript, # 28 Exhibit Transcript, # 29 Exhibit Transcript, # 30 Exhibit Transcript, # 31 Exhibit Transcript, # 32 Exhibit Transcript, # 33 Exhibit Transcript, # 34 Exhibit Transcript, # 35 Exhibit Transcript, # 36 Exhibit Transcript, # 37 Exhibit Transcript, # 38 Exhibit Transcript, # 39 Exhibit Transcript, # 40 Exhibit Body Attachment, # 41 Exhibit Termination of IWO, # 42 Exhibit IL HFS Communication, # 43 Exhibit Body Attachment, # 44 Exhibit Petition to Intervene, # 45 Exhibit Motion for Affidavit of Fees, # 46 Exhibit Motion for Leave to Respond to Affidavit of Fees, # 47 Exhibit Motion to Dismiss Memorandum of Law, # 48 Exhibit Motion to Dismiss or Stay all Rulings, # 49 Exhibit Motion to Quash Subpoena TCF, # 50 Exhibit Motion to Quash Subpoena USAA, # 51 Exhibit Motion to Reconsider, # 52 Exhibit Motion to Reconsider, # 53 Exhibit Motion to Strike, # 54 Exhibit Reply to Response, # 55 Exhibit Reply to S Ervin Response, # 56 Exhibit Response from IDHFS, # 57 Exhibit Response to Motion to Vacate, # 58 Exhibit Response to Pet Affidavit of Fees, # 59 Exhibit Response to Verified Petition, # 60 Exhibit Response to Verified Petition, # 61 Exhibit Body Attachment, # 62 Exhibit S Ervin Assignment, # 63 Exhibit Stop Garnishment Letter from SSA, # 64 Exhibit Letter to J Steele from SSA, # 65 Exhibit Receipt of Court Order)(Barlow, Gwendolyn) (Entered: 11/15/2021) |
| 11/15/2021 | 2 | ☐ 308.50KB | CIVIL COVER Sheet (Barlow, Gwendolyn) (Entered: 11/15/2021) |
| 11/15/2021 | 3 | ☐ 172.69KB | ATTORNEY Appearance for Respondent Gwendolyn N Barlow by Gwendolyn Marie Barlow (Barlow, Gwendolyn) (Entered: 11/15/2021) |
| 11/15/2021 | | | CASE ASSIGNED to the Honorable Gary Feinerman. Designated as Magistrate Judge the Honorable Beth W. Jantz. Case assignment: Random assignment. (dxb, ) (Entered: 11/15/2021) |
| 11/15/2021 | | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial |

| | | | |
|---|---|---|---|
| | | | proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (dxb, ) (Entered: 11/15/2021) |
| 11/15/2021 | 4 | ☐ 171.40KB | ATTORNEY Appearance for Respondent Raymond N Ervin by Gwendolyn Marie Barlow *BY RAYMOND ERVIN* (Barlow, Gwendolyn) (Entered: 11/15/2021) |
| 11/16/2021 | 5 | ☐ 93.58KB | ATTORNEY Appearance for Plaintiff Sarina Antonina Ervin by Matthew David Elster (Elster, Matthew) (Entered: 11/16/2021) |
| 11/16/2021 | 6 | ☐ 73.70KB | MOTION by Plaintiff Sarina Antonina Ervin to remand (Elster, Matthew) (Entered: 11/16/2021) |
| 11/16/2021 | 7 | ☐ 2.42MB | MEMORANDUM by Sarina Antonina Ervin in support of motion to remand 6 (Attachments: # 1 Exhibit Exhibit A - June 25, 2021 Ruling, # 2 Exhibit Exhibit B - November 17, 2020 Order, # 3 Exhibit Exhibit C - July 30, 2021 Sanction order, # 4 Exhibit Exhibit D - June 21, 2021 state court order, # 5 Exhibit Group Exhibit E - July 30, 2021 Orders, # 6 Exhibit Group Exhibit F - September 10, 2021 state court orders, # 7 Exhibit Exhibit G - October 15, 2021 state court order, # 8 Exhibit Exhibit H - November 10, 2021 state court order)(Elster, Matthew) (Entered: 11/16/2021) |
| 11/16/2021 | 8 | ☐ 4.68KB | MINUTE entry before the Honorable Gary Feinerman:Motion to remand 6 is entered and continued. Gwendolyn Barlow and Raymond Ervin shall respond to the motion by 11/23/2021; Plaintiff shall reply by 11/30/2021. Motion hearing set for 12/6/2021 at 9:15 a.m. Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (877) 336-1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jlj, ) (Entered: 11/16/2021) |
| 11/22/2021 | 9 | ☐ 192.07KB | MOTION by Respondent Gwendolyn N Barlow for extension of time to file response/reply as to attorney appearance 5 , motion to remand 6 , attorney appearance 3 , attorney appearance 4 , order on motion to remand,,,, set/reset hearings,,,, 8 ,, civil cover sheet 2 , notice of removal,,,,,,,,,,,,, 1 , memorandum in support of motion,, 7 (Attachments: # 1 Exhibit Email notice to Petitioner's Counsel)(Barlow, Gwendolyn) (Entered: 11/22/2021) |
| 11/23/2021 | 10 | ☐ 4.42KB | MINUTE entry before the Honorable Gary Feinerman. The Clerk is directed to re-style the caption to indicate that Sarina Ervin is Petitioner, Raymond Ervin is Respondent, and Gwendolyn Barlow is Third-Party |

| | | | |
|---|---|---|---|
| | | | Respondent. Respondents' motion for extension of time to file response to Petitioner's motion to remand 9 is granted in part and denied in part. The deadline for Respondent Raymond Ervin and Third-Party Respondent Gwendolyn Barlow to respond to the motion to remand is extended to 11/29/2021; Petitioner shall reply by 12/3/2021 at 4:00 pm Central Time. Mailed notice (lk, ) (Entered: 11/23/2021) |
| 11/29/2021 | 11 | ☐ 5.23MB | RESPONSE by Gwendolyn N Barlow, Raymond N Ervinin Opposition to MOTION by Plaintiff Sarina Antonina Ervin to remand 6 (Attachments: # 1 Exhibit Pattern of Disparate Treatment, # 2 Exhibit Order of Protection, # 3 Exhibit Court Order, # 4 Exhibit Court Order, # 5 Affidavit Affidavit of Fees, # 6 Exhibit Court Order, # 7 Exhibit Bystander Report, # 8 Exhibit Court Order, # 9 Exhibit Court Order, # 10 Exhibit Transcript, # 11 Exhibit Transcript, # 12 Exhibit Transcript, # 13 Exhibit Transcript, # 14 Exhibit Transcript, # 15 Exhibit Transcript, # 16 Exhibit Transcript, # 17 Exhibit FOIA Response, # 18 Exhibit Motion for a Protective Order, # 19 Affidavit Boldt Affidavit, # 20 Exhibit Supreme Court Order, # 21 Exhibit Procedural History, # 22 Exhibit Transcript, # 23 Exhibit Transcript)(Barlow, Gwendolyn) (Entered: 11/29/2021) |
| 12/02/2021 | 12 | ☐ 1.67MB | REPLY by Sarina Antonina Ervin to response in opposition to motion,,, 11 for Remand (Attachments: # 1 Exhibit A - Feb. 2020 State Appellate Court Order, # 2 Exhibit B - June 2007 State Court Order)(Elster, Matthew) (Entered: 12/02/2021) |
| 12/03/2021 | 13 | ☐ 4.62KB | MINUTE entry before the Honorable Gary Feinerman: Motion hearing set for 12/6/2021 at 9:15 a.m. 8 is re-set for 9:00 a.m. **TIME CHANGE ONLY**. Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (877) 336-1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice. (jlj, ) (Entered: 12/03/2021) |
| 12/06/2021 | 14 | ☐ 4.63KB | MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Plaintiff's motion to remand 6 is taken under advisement. Status hearing set for 12/17/2021 at 9:15 a.m. Attorneys/Parties should appear for the 12/17/2021 hearing by calling the Toll-Free Number: (877) 336-1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or |

| | | | any other sanctions deemed necessary by the Court.Mailed notice. (jlj, ) (Entered: 12/06/2021) |
|---|---|---|---|
| 12/16/2021 | 15 □ 116.67KB | | ORDER written by the Honorable Gary Feinerman on 12/16/2021. Petitioner's motion to remand 6 is granted. This matter is remanded to the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois. The Clerk is directed to effectuate the remand forthwith. Petitioner's request for fees and costs under 28 U.S.C. § 1447(c) is granted. By 1/6/2022, Petitioner shall file a memorandum, with evidentiary support, setting forth the fees and costs she incurred in seeking remand. Respondent and Third-Party Respondent shall respond to Petitioner's memorandum by 1/20/2022; Petitioner shall reply by 1/27/2022. The 12/17/2021 status hearing 14 is stricken. A hearing on the amount of the § 1447(c) award is set for 2/8/2022 at 9:30 a.m. Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (877) 336-1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Civil case remanded.Mailed notice.(jlj, ) (Entered: 12/16/2021) |
| 12/17/2021 | 16 □ 197.37KB | | MOTION by Respondents Gwendolyn N Barlow, Raymond N Ervin to reopen case (Barlow, Gwendolyn) (Entered: 12/17/2021) |
| 12/17/2021 | 17 □ 128.34KB | | REMAND with certified copy of order dated 12/16/2021 and letter to Circuit Court of Cook County via email. (rc, ) (Entered: 12/17/2021) |
| 12/20/2021 | 18 □ 4.28KB | | MINUTE entry before the Honorable Gary Feinerman: Respondent and Third-Party Respondent's motion to reopen 16 is denied. The motion provides no valid grounds for questioning the correctness of the 12/16/2021 order 15 . (ca, ) (Entered: 12/20/2021) |
| 12/27/2021 | 19 | | PAYMENT by Gwendolyn N Barlow, Raymond N Ervin of Filing fee $ 505, receipt number 0752-19001752. (Barlow, Gwendolyn) (Entered: 12/27/2021) |
| 12/27/2021 | 20 □ 375.84KB | | NOTICE of appeal by Gwendolyn N Barlow, Raymond N Ervin regarding orders 5 , 17 , 3 , 11 , 1 , 14 , 9 , 6 , 16 , 4 , 18 , 8 , 12 , 2 , 10 , 15 , 7 , 13 Filing fee $ 505, receipt number 0752-19001760. Receipt number: n (Attachments: # 1 Supplement Docketing Statement, # 2 Exhibit Court Order 12/16/21, # 3 Exhibit Court Order 12/20/21) (Barlow, Gwendolyn) (Entered: 12/27/2021) |
| 12/28/2021 | 21 □ 102.82KB | | DOCKETING Statement by Gwendolyn N Barlow, Raymond N Ervin regarding notice of appeal, 20 (Barlow, Gwendolyn) (Entered: 12/28/2021) |
| 12/28/2021 | 22 □ 184.94KB | | MOTION by Respondents Gwendolyn N Barlow, Raymond N ErvinRemove Restricted Filer Status (Attachments: # 1 Exhibit Proof of |

| | | | Payment of Atty Fees)(Barlow, Gwendolyn) (Entered: 12/28/2021) |
|---|---|---|---|
| 12/28/2021 | 23 | ☐ 102.91KB | REQUEST for Clerk of Court to refund filing fee in the amount of $505, receipt no. 0752-19001752, regarding 505.00 fee payment of notice of appeal 19 (Barlow, Gwendolyn) (Entered: 12/28/2021) |
| 12/28/2021 | 24 | ☐ 116.63KB | RESPONSE by Sarina Antonina Ervinin Opposition to MOTION by Respondents Gwendolyn N Barlow, Raymond N ErvinRemove Restricted Filer Status 22 (Elster, Matthew) (Entered: 12/28/2021) |
| 12/28/2021 | 25 | ☐ 156.12KB | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal, 20 . (jh, ) (Entered: 12/28/2021) |

View Selected

or

Download Selected

Total filesize of selected documents (MB):

Maximum filesize allowed (MB): 30