IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sarina Ervin,<br>Petitioner, | )<br>)<br>) |
| v. | )<br>) |
| Raymond Ervin,<br>Respondent, | ) Case No. 1:21-cv-06064<br>) Judge Gary Feinerman, Presiding<br>)<br>) |
| and | )<br>) |
| Gwendolyn Barlow,<br>Third Party Respondent. | )<br>) |

## **LIST OF EXHIBITS**

Respondents, Raymond Ervin ("Raymond") and Gwendolyn Barlow ("Gwendolyn") filed a Notice of Appeal to the Seventh Circuit Court of Appeals on or about December 28, 2021. Pursuant to Circuit Rule 10, Respondents hereby provide a List of Exhibits to be included in the record.

| Exhibit Number | Description |
|---|---|
| 1 | 2019-10-09 Memorandum of Law in Support of Request for Turnover Order from SSA |
| 2 | Court Order 10 Feb 2017 Granting Motion to Quash Citations |
| 3 | File Stamped Appellate Brief 21-1011 25 FEB 2021 |
| 4 | Gmail - IRMO Ervin  TCF Subpoena documents from Beermann |
| 5 | Lake County Court Documents Filed 16 DEC 2021 |
| 6 | Lake County Court Order 28 DEC 2021 |
| 7 | R_Boldt Affidavit For 31 OCT 2018 GBE Citation Examination |
| 8 | Third Party Citation to SSA Dated 08132019 |

| | |
|---|---|
| 9 | Court Transcript ervin10-22-2019 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing LIST OF EXHIBITS, with exhibits, was e-filed through ECF and electronically served on January 10, 2022 to:

>Matthew Elster
>161 North Clark Street, Suite 3000
>Chicago, IL  60601
>mdelster@beermannlaw.com
>*Attorney for Petitioner*

DATED: January 10, 2021