IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sarina Ervin, )<br>Petitioner, )<br>)<br>v. )<br>) | Case No. 1:21-cv-06064 |
| Raymond Ervin, )<br>Respondent, )<br>)<br>and )<br>)<br>Gwendolyn Barlow, )<br>Third Party Respondent. ) | Judge Gary Feinerman, Presiding |

## **MOTION FOR EXTENSION OF TIME**

Respondents, Raymond Ervin ("Raymond") and Gwendolyn Barlow ("Gwendolyn") hereby file a Motion for Extension of Time of the scheduling of the March 22, 2022, hearing pursuant to FRCP 6(b)(1)(A), based on the following:

1. Respondents Raymond and Gwendolyn have just been made aware of urgent medical matters pertaining to the health of their immediate family members that require their urgent participation to assist in these members care and the development of treatment protocols, not limited to consideration of counseling options regarding compassionate care and hospice.

2. The most recent outbreak of COVID-19 on this day, March 17, 2022, has exacerbated the difficulty to timely recruit resources to address this situation, and has hampered Respondents' ability to interact with care providers and affected family members due to CDC guidelines.

3. As such, Raymond and Gwendolyn will not be available to attend the March 22, 2022, hearing.

4. Respondents seek an extension of 21 days beyond the March 22, 2022, scheduled hearing date.

## PRAYER FOR RELIEF

**WHEREFORE,** Respondents ask for the following relief:

A. Grant their Motion for Extension of Time allowing for an extension of 21 days.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing RESPONDENTS' MOTION FOR EXTENSION OF TIME, was e-filed through ECF and electronically served on March 18, 2022, to:

> Matthew Elster
> 161 North Clark Street, Suite 3000
> Chicago, IL 60601
> mdelster@beermannlaw.com
> *Attorney for Petitioner*

DATED: March 18, 2022


By: s/Raymond N. Ervin
      s/Gwendolyn M. Barlow

Raymond N. Ervin, Pro Se
Gwendolyn M. Barlow, Pro Se
331 Springside Lane
Buffalo Grove, IL 60089
(847) 404-4375
ervinpatentlaw@gmail.com
(847) 204-0416
 barlowervin727@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sarina Ervin,                   ) | |
| Petitioner,                     ) | |
|                                 ) | |
| v.                              ) | |
|                                 ) | Case No. 1:21-cv-06064 |
| Raymond Ervin,                  ) | Judge Gary Feinerman, Presiding |
| Respondent,                     ) | |
|                                 ) | |
| and                             ) | |
|                                 ) | |
| Gwendolyn Barlow,               ) | |
| Third Party Respondent.         ) | |

## DECLARATION

1.  My name is Gwendolyn Barlow Ervin.

2.  That if called upon to testify I could competently testify to each of the following.

3.  That I have recently become aware of urgent medical necessity regarding the condition of two of my family members.

4.  As consequence of this situation, I am required to assist in their care and oversight of their treatment.

5.  As the need is urgent and the timing critical, I will be unavailable to participate in the currently schedule hearing on March 22, 2022.


I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on 18 March 2022.                                    /s/ <u>Gwendolyn Barlow Ervin</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sarina Ervin, <br> Petitioner, <br><br> v. <br><br> Raymond Ervin, <br> Respondent, <br><br> and <br><br> Gwendolyn Barlow, <br> Third Party Respondent. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:21-cv-06064 <br> ) Judge Gary Feinerman, Presiding <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION

1. My name is Raymond Nathaniel Ervin.

2. That if called upon to testify I could competently testify to each of the following.

3. That I have recently become aware of urgent medical necessity regarding the condition of two of my family members.

4. As consequence of this situation, I am required to assist in their care and oversight of their treatment.

5. As the need is urgent and the timing critical, I will be unavailable to participate in the currently schedule hearing on March 22, 2022.


I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on 18 March 2022.                               /s/ <u>Raymond Nathaniel Ervin</u>