IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SARINA ERVIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case Number: 21-cv-6064 |
| v. ) | |
| ) | Removed from the Circuit Court |
| RAYMOND ERVIN, ) | of Lake County, Illinois, |
| ) | Case No. 2004 D 1943 |
| Respondent, ) | |
| ) | |
| GWENDOLYN BARLOW ) | The Hon. Gary Feinerman, Judge |
| ) | Presiding. |
| Third-Party Respondent ) | |

### *AMENDED* NOTICE OF CITATION EXAMINATION

To: **VIA EMAIL and CM/ECF**
Gwendolyn Barlow <barlowervin727@gmail.com>
Raymond Ervin <ervinpatentlaw@gmail.com>

Pursuant to the Citations to Discover Assets previously served upon you on March 17, 2022 (Dkt. Nos. 44, 45), the Court's March 21, 2022 Minute Entry (Dkt. No. 54), and the attached e-mail correspondence, YOU ARE COMMANDED to appear via Zoom at the dates and times listed below to be examined under oath to discover assets or income not exempt from enforcement of a judgment, and to produce and bring for examination copies of all books and records previously requested of you:

| | DATE | TIME | ZOOM ID | PASSWORD |
|---|---|---|---|---|
| **Gwendolyn Barlow** | March 28, 2022 | 1:00 p.m. CST | 825 7081 3017 | 052391 |
| **Raymond Ervin** | March 28, 2022 | 2:30 p.m. CST | 843 3961 1516 | 282088 |

Respectfully Submitted,
**BEERMANN LLP**

/s/ *Matthew D. Elster*
One of Petitioner's Attorneys

Matthew D. Elster
**BEERMANN LLP**
161 N. Clark Street, Suite 3000
Chicago, Illinois 60601
(312) 621-9700
mdelster@beermannlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2022, a copy of the foregoing *Amended Notice of Citation Examination* was filed via the court's CM/ECF system, which will send electronic notice to all parties of record who have appeared in this case.

/s/ *Matthew D. Elster*